### HARRISON *v.* HARRISON, administrator.

124  733
Case 1
s129  285

BECK, J. This being the first grant of a new trial, it will not be disturbed, as it does not appear that there was any abuse of discretion by the court below. Civil Code, § 5585.

> *Judgment affirmed. All the Justices concur.*

Submitted December 1, 1905.—Decided January 13, 1906.

Complaint. Before Judge Holden. Hancock superior court. June 2, 1905.

*R. H. Lewis,* for plaintiff.
*Howard & Jordan* and *William H. Burwell,* for defendant.